EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Elaine E. López Torres | |
|---|---|
| Recurrida | Certiorari |
| v. | 2004 TSPR 205 |
| Juan A. González Vázquez | 163 DPR ____ |
| Peticionario | |

Número del Caso: CC-2003-473

Fecha: 17 de diciembre de 2004

Tribunal de Circuito de Apelaciones:

Circuito Regional VII de Carolina y Fajardo

Juez Ponente:

Hon. Rafael L. Martínez Torres

Abogado de la Parte Peticionaria:

Lcdo. Carlos Gallisá

Abogado de la Parte Recurrida:

Lcdo. Víctor M. Rivera Torres

Materia: Sentencia Declaratoria

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Elaine E. López Torres

    Recurrida

        v.

Juan A. González Vázquez

    Peticionario

CC-2003-473


RESOLUCIÓN
(Nunc Pro Tunc)


San Juan, Puerto Rico, a 17 de diciembre de 2004.


Se enmienda *Nunc Pro Tunc* nuestra Opinión y Sentencia en el caso de epígrafe para que en la Opinión, página 6, párrafo 1, línea 4, lea como sigue "...el 31 de marzo de **1994** (fecha del otorgamiento). De...".

Se enmienda *Nunc Pro Tunc*, además, la Opinión en su página 16, Parte V, línea 4, 5 y 6 para que lea: "...el contrato objeto de litigio advino eficaz el 19 de abril de **1994**, fecha en que el Presidente de la Liga Americana lo firmó, y no el 31 de marzo de **1994** fecha en...".

Así mismo también se enmienda nuestra Sentencia en el caso de epígrafe para que lea como sigue:

"Por los fundamentos expuestos en la Opinión que antecede, la cual se hace formar parte integral de la presente, se dicta sentencia modificando el dictamen emitido por el Tribunal de Apelaciones en aquella parte que dispuso que el contrato objeto de litigio advino eficaz el 19 de abril de **1994**, fecha en que el Presidente de la Liga Americana lo firmó, y no el 31

de marzo de **1994** fecha en que se otorgó; y en lo relativo al carácter ganancial del bono por firmar. En lo demás, confirmamos. Se devuelve el caso al foro de instancia para la continuación de los procedimientos de forma compatible con lo aquí resuelto.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo"


Publíquese.

Así lo pronunció, manda el Tribunal y certifica la Subsecretaria del Tribunal Supremo. Los Jueces Asociados señor Rebollo López y señor Rivera Pérez no intervinieron.


María I. Colón Falcón
Subsecretaria del Tribunal Supremo